IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DORA L. ADKINS,                              )
                                             )
       Plaintiff,                            )
                                             )
v.                                           )    1:25-cv-670 (LMB/IDD)
                                             )
HILTON WORLDWIDE, INC.,                      )
                                             )
       Defendant.                            )

## ORDER

Dora L. Adkins, a pro se litigant who has been placed under pre-filing injunctions by several courts,[1] has attempted to file yet another meritless lawsuit in this Court. Specifically, she has filed a "Motion for Leave from the Court to File a Proposed Emergency Complaint" ("Motion for Leave") against Hilton Worldwide, Inc., which she describes as located in McLean, Virginia. In the proposed rambling 79-page Complaint, plaintiff seeks $900 million in damages based on defendant having committed the state law tort of intentional infliction of emotional distress by, among other actions, maintaining an unsanitary Hilton Garden Inn at which plaintiff stayed for several months.

---

[1] See, e.g., Adkins v. CP/IPERS Arlington Hotel, LLC, 293 Va. 446, 452 (2017) (after reviewing 41 of plaintiff's past cases, concluding that plaintiff had "a history of (1) filing duplicative vexatious lawsuits, (2) without any objective good faith basis, and (3) at the expense of the court system and opposing parties."); Adkins v. Merrifield Hotel Associates, L.P., No. 1:22-cv-399, [Dkt. No. 14] (recognizing that she "has repeatedly abused this Court's process" and, as a result, ordering that "the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the [$300] docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1"); Adkins v. Hyatt Corp., No. 1:20-cv-01410-AJT-IDD, at *1 (E.D. Va. Oct. 1, 2021) (prohibiting Adkins from "filing in this district without pre-filing leave of Court any action against Defendant Hyatt Corporation or any other company or individual that alleges under any legal theory injuries or damages arising out of alleged food or chemical poisoning").

This proposed Complaint, like the dozens of others plaintiff has filed or tried to file,[2] is totally meritless. First of all, on its face, the proposed Complaint does not allege a basis for federal subject matter jurisdiction because it does not allege any issue involving a question of federal law, and it fails to allege that the parties are diverse. Accordingly, the Complaint does not establish a basis for the Court's federal question jurisdiction or diversity jurisdiction. In addition, the repetitive fanciful allegations do not make out a plausible claim of any tortious conduct on defendant's part. Lastly, as this plaintiff has frequently been advised, seeking exorbitant damages supports the conclusion that the Complaint is frivolous. For all these reasons, it is hereby

ORDERED that plaintiff's Motion for Leave [Dkt. No. 1] and Motion to Expedite [Dkt. No. 2] be and are DENIED.

To appeal this decision, plaintiff must file a written notice of appeal with the Clerk's office within 30 days of the date of this Order. See Fed. R. App. P. 4(a). A written notice of appeal is a short statement indicating a desire to appeal and including the date of the Order the plaintiff wishes to appeal. Failure to file a timely notice of appeal waives the right to appeal this decision.

The Clerk is directed to forward copies of this Order to plaintiff, pro se, at her address of record and close this civil action.

Entered this 24 day of April, 2025.

Alexandria, Virginia

/s/ ⎯⎯⎯⎯⎯⎯⎯⎯⎯
Leonie M. Brinkema
United States District Judge

---

[2] Plaintiff has filed in this Court at least thirty-three unsuccessful complaints—four in 2025 alone. Plaintiff appealed many of the dismissals to the Fourth Circuit yet has never prevailed.